UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, TOBY KOTH, VERN BAUMAN, and DAN BREJC as Trustees of THE FOX VALLEY LABORERS' HEALTH AND WELFARE FUND, <br><br> and <br><br> MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, TOBY KOTH, VERN BAUMAN, and DAN BREJC as Trustees of THE FOX VALLEY LABORERS' PENSION FUND, <br><br>     Plaintiffs, <br><br> v. <br><br> MACDONALD CONSTRUCTION SERVICES, INC., <br><br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) Case No. 08 C 5169 <br> ) <br> ) <br> ) Judge Hart <br> ) <br> ) <br> ) Magistrate Judge Cox <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ANSWER TO CITATION

Respectfully submitted,

/s/LaKisha M. Kinsey-Sallis
LaKisha M. Kinsey-Sallis
One of Plaintiffs' Attorneys

J. Peter Dowd
Michele M. Reynolds
LaKisha M. Kinsey-Sallis
Steven W. Jados
DOWD, BLOCH & BENNETT
8 South Michigan Avenue, 19th Floor
Chicago, Illinois 60603
(312) 372-1361


### American Community BANK & TRUST

9 July, 2009

Ms. LaKisha M. Kinsey-Sallis
Dowd, Block & Bennett
8 South Michigan Avenue 19th Floor
Chicago IL 60603-3315

Re: Case No. 08 C 5169

Dear Ms. Kinsey-Sallis

Per your request of July 8, 2009, please find the responses to questions relative to MacDonald Construction Services Inc. below.

1) Accounts and account numbers which MacDonald Construction Services, Inc. holds with American Community Bank & Trust: **Cash Management Checking 505511 and Cash Management Money Market 507194.**
2) Amounts held in such accounts identified in response to question No. 1 above: **505511 - $166.16, 507194 - $0.00**.

There is currently a hold on the account for a Citation to Discover Assets to Third-Party received by American Community Bank & Trust on June 30, 2009. This is pursuant to Case No. 07 C 5818 in the United States District Court for the Northern District of Illinois, Eastern Division, relative to a judgment dated September 10, 2009, for $51,692.63.

If you have any questions regarding this information, please do not hesitate to call me at 815.334.3567. Thank you.

Sincerely,

Cynthia Luckey
Deposit Operations Supervisor

cl:hs
Fax: 312.372.6599
USPS